**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ERIK GAZAROV, an individual,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>STATE OF WASHINGTON; Trooper CODY WALTER, member of the Washington State Patrol; and DOES 1-5 inclusive,<br><br>                                    Defendants. | NO.:  17-1472<br><br>NOTICE OF REMOVAL TO FEDERAL COURT<br><br>**(CLERK'S ACTION REQUIRED)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, Washington State Patrol, a subdivision and department of the State of Washington; and Trooper Cody Walter, hereby remove to this court the state court action described below.

1.    This case concerns and alleges a violation of civil rights under 42 U.S.C. § 1983, as well as possible state law claims.  Defendant Washington State Patrol is an agency of the State of Washington.  The complaint has not been answered by defendants.

NOTICE OF REMOVAL TO FEDERAL
COURT

1

2.      On July 10, 2017, a complaint was filed in the Superior Court of Washington for Snohomish County, Case No. 17-2-06443-31 entitled Erik Gazarov, an individual, Plaintiff(s), vs. State of Washington; Trooper Cody Walter, member of the Washington State Patrol; and DOES 1-5 inclusive.

3.      A copy of this complaint was provided to the State Defendants on August 28, 2017. This notice of removal is being filed within 30 days of the filing of the complaint alleging an action under 42 U.S.C. § 1983 against the named defendant.

INTRADISTRICT ASSIGNMENT

4.      Under 28 U.S.C. § 1331 and § 1343, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.      Plaintiff alleges that his rights under the Fifth and Fourteenth Amendments were violated by defendants.

6.      This is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331 and § 1343, and is one which may be removed to this court by defendants pursuant to 28 U.S.C. § 1441(b) in that it is a civil action founded on a claim or right arising under federal law. The district court also has supplemental jurisdiction over any state claim pursuant to 28 U.S.C. § 1367. An Eleventh Amendment bar as to supplemental claims does not divest the federal court of jurisdiction over claims arising under federal law. *Wisconsin Dept. of Corrections v. Schacht*, 524 U.S. 381, 118 S. Ct. 2047, 141 L. Ed. 2d 364 (1998).

7.      Venue in the United States District Court, Western District of Washington, Seattle, is appropriate as this is the judicial district in which plaintiff allegedly resides.

RESERVES AND IMMUNITY

8.      Defendants reserve all rights and defenses, including Eleventh Amendment immunity, and this notice is made without waiving Washington State's sovereign immunity or

NOTICE OF REMOVAL TO FEDERAL
COURT

2

any other defenses it may have in response to this lawsuit.

SUPPORTING DOCUMENTS

9.    In compliance with 28 U.S.C. § 1446(a) and LCR 101(b), the defendants will file copies of all process, pleadings and orders filed with Snohomish County Superior Court regarding this case within the fourteen (14) day deadline and with the appropriate verification of authenticity.

DATED this 28th day of September, 2017.

ROBERT W. FERGUSON
Attorney General

_KAYLYNN WHAT_

KAYLYNN WHAT, WSBA No. 43442
Assistant Attorneys General
800 5th Ave., Suite 2000
Seattle, WA 98104
Tel: 206-464-7352, Fax: 206-587-4229
Email: kaylynnw@atg.wa.gov
Attorneys for Defendants

NOTICE OF REMOVAL TO FEDERAL
COURT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## DECLARATION OF SERVICE

I declare that I sent for service a copy of the foregoing Notice of Removal to Federal Court on all parties or their counsel of record on the date below as follows:

| Party | Method of Service | |
|---|---|---|
| Darryl Parker<br>Civil Rights Justice Center PLLC<br>2150 North 107th St, Ste 520<br>Seattle WA 98133 | o US Mail Postage Prepaid<br>o Certified Mail Postage Prepaid<br>o State Campus Mail<br>☒ ABC/Legal Messenger *deliver on 9/29/17*<br>☒ Via the Court CM/ECF system to: dparker@civilrightsjusticecenter.com | o UPS Next Day Air<br>o By Fax<br>o By Email |

DATED this 28th day of September, 2017, at Seattle, Washington.

Monica Tofoleanu –Legal Assistant to Kaylynn What
Office of the Attorney General
800 5th Ave., Suite 2000; Seattle, WA 98104-3188
Tel: 206-464-7352; Fax: 206-587-4229
Email: monicat@atg.wa.gov

NOTICE OF REMOVAL TO FEDERAL COURT

4